Rebecca C. Padilla, (CSBN: 248605)
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@potterpadillalaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ISABEL BELTRAN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>LELAND DUDEK, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:24-cv-06401-JC<br><br>**ORDER GRANTING STIPULATION AND AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)**<br><br>**[DOCKET NO. 23]** |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

　　**IT IS ORDERED** that the Commissioner shall pay the amount of $4,200.00 (Four Thousand, Two Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: May 6, 2025　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE